**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |
| **TOWN OF WESTBOROUGH**<br><br>Plaintiff,<br><br>v.<br><br>**WESTBOROUGH SPE LLC**<br><br>Defendant. | Chapter 7<br>Case No. 24-04006-CJP |

**JOINT MOTION TO RESCHEDULE HEARING**
**ON TOWN OF WESTBOROUGH'S MOTION TO REMAND AND/OR ABSTAIN**

NOW COME Jonathan R. Goldsmith, the Chapter 7 trustee (the "Trustee") in the bankruptcy case (the "Bankruptcy Case" or "Case") of the estate (the "Estate") of the above captioned Debtor and the Town of Westborough (the "Town") and hereby jointly move this Court to reschedule the hearing scheduled for December 17, 2024 at 2:00 p.m. (the "Hearing") on the Town of Westborough's Motion to Remand and/or Abstain From Hearing Tax Foreclosure Action, Adversary Proceeding Doc. No. 2 (the "Motion to Remand") to January 15, 2025 at 2:30 p.m., to be heard contemporaneously with other matters scheduled for that day and time, including the Town's Motion for Relief from Automatic Stay and Motion to Dismiss Bankruptcy Case (Main Case Doc. Nos. 20 and 69).

As reason for this motion, the Trustee and the Town submit that since the November 20, 2024 status conference (at which the Motion to Remand was scheduled for hearing on December

17, 2024, rather than January 15, 2025) they have engaged in continued discussions regarding the possibility of a new settlement agreement to resolve the disputes between the parties. The Trustee and the Town believe that the parties will benefit from devoting resources to continued discussions with respect to the possibility of a new settlement agreement and maintaining the status quo regarding the above captioned matter, rather than preparing to argue the Motion to Remand on December 17, 2024.

WHEREFORE, the Trustee and the Town respectfully request that this Court enter an Order rescheduling the Motion to Remand to be heard with other matters scheduled for January 15, 2025, and grant such other and further relief as is just and necessary.

Respectfully submitted,

**Jonathan Goldsmith, Chapter 7 Trustee**

by his counsel,

   /s/ Christine E. Devine
Christine E. Devine, BBO# 566990
Nicholson Devine LLC
P.O. Box 7
Medway, MA 02053
Phone: 508-533-7240
Email: christine@nicholsondevine.com

AND

**Town of Westborough**

by its counsel,

   /s/ Roger L. Smerage
Brian W. Riley (BBO# 555385)
Jeffrey T. Blake (BBO# 655773)
Roger L. Smerage (BBO# 675388)
KP Law, P.C.
   Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
617-556-0007
briley@k-plaw.com
jblake@k-plaw.com
rsmerage@k-plaw.com

Date: December 6, 2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |
| **TOWN OF WESTBOROUGH**<br><br>Plaintiff,<br><br>v.<br><br>**WESTBOROUGH SPE LLC**<br><br>Defendant. | Chapter 7<br>Case No. 24-04006-CJP |

**CERTIFICATE OF SERVICE**

The undersigned, Christine E. Devine, hereby certifies that on this day I caused to be served a copy of the following on all parties listed on the attached Service List in the manner noted thereon:

- **JOINT MOTION TO RESCHEDULE HEARING ON TOWN OF WESTBOROUGH'S MOTION TO REMAND AND/OR ABSTAIN**

Dated: December 6, 2024

/s/ Christine E. Devine
Christine E. Devine, Esq.
Nicholson Devine LLC
P.O. Box 7
Medway, MA 02053
Phone: 508-533-7240
Email: christine@nicholsondevine.com

Electronic Mail Notice List

The following list of parties and attorneys have received electronic notice via the Court's CM/ECF noticing process:

- **Jeffrey T Blake**  jblake@k-plaw.com
- **Paul W. Carey**  pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- **Jose C. Centeio**  jcc@natgolaw.com
- **Brian Charville**  bcharville@ferrisdevelopment.com
- **Christine E. Devine**  christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com
- **Jonathan R. Goldsmith**  bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com
- **Jonathan R. Goldsmith**  trusteedocs1@gkalawfirm.com, trusteedocs@gkalawfirm.com;mwolohan@gkalawfirm.com;MA43@ecfcbis.com
- **Stephen F. Gordon**  sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- **Richard King**  USTPRegion01.WO.ECF@USDOJ.GOV
- **Samual A. Miller**  samual.miller@akerman.com
- **Brian W. Riley**  briley@k-plaw.com
- **Roger L. Smerage**  rsmerage@k-plaw.com

Email Service List

The following list of parties and attorneys have been served via email as noted:

Lolonyon Akouete                    Via Email
800 Red Mills Rd
Wallkill, NY 12589
info@smartinvestorsllc.com

Denise Edwards                      Via Email
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com

Mark S. Lichtenstein                Via Email
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
mark.lichtenstein@akerman.com

Lenard Benson Zide, Esq.  
Butters Brazilian LLP  Via Email  
420 Boylston Street, 4th Floor  
Boston, MA 02116  
zide@buttersbrazilian.com

Jonathan La Liberte  Via Email  
Sherin and Lodgen LLP  
101 Federal Street, 30th Floor  
Boston, MA 02110  
jclaliberte@sherin.com