

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br>　　Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| Town of Westborough<br>　　Plaintiff(s),<br><br>v.<br><br>Westborough SPE LLC<br>　　Defendant(s). | Adversary Proceeding<br>No. 24-04006-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTERS:**

Hybrid Status Conferences regarding #2 Motion of the Town of Westborough to Remand and/or Abstain from Hearing Tax Foreclosure Action; and

#3 Motion filed by Interested Party Lolonyon Akouete in Support of the Chapter 7 Trustee's Notice of Removal and Request for Decision on Debtor's Motion to Vacate Foreclosure Judgment.

**Decision set forth more fully as follows:**

STATUS CONFERENCE HELD ON 1/31/2025. THE TRUSTEE INDICATED A MOTION TO CONSOLIDATE THIS PROCEEDING WITH ADVERSARY PROCEEDING 25-4003 WILL BE FILED. THE COURT WILL ENTER FURTHER ORDERS REGARDING THESE MATTERS UPON CONSIDERATION OF SUCH MOTION.

Dated: 02/14/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge